ECF, REFERRED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:11-cv-04784-UA

Deutsche Bank Trust Company, Americas et al v. Adaly Opportunity Fund TD Securities Inc. C/O Adaly Investment Management Co. et al
Assigned to: Judge Unassigned
Demand: $9,999,000
Case in other court: Supreme Court- New York County, 651515-11
Cause: 28:1441 Notice of Removal

Date Filed: 07/12/2011
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2011 | 1 | NOTICE OF REMOVAL from State Supreme, County of New York. Case Number: 651515-11. (Filing Fee $ 350.00, Receipt Number 1011309).Document filed by Dreyfus Stock Index Funds, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit A Part 2, # 3 Exhibit A Part 3, # 4 Exhibit B, # 5 Exhibit B Part 2)(ama) (Entered: 07/13/2011) |
| 07/12/2011 | | CASE REFERRED TO Judge Naomi Reice Buchwald as possibly related to 1:11-cv-4522. (ama) (Entered: 07/13/2011) |
| 07/12/2011 | | Case Designated ECF. (ama) (Entered: 07/13/2011) |
| 07/12/2011 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Symetra Life Insurance Company; Symetra Financial Corp. as Corporate Parent. Document filed by Dreyfus Stock Index Funds, Inc.(ama) (Entered: 07/13/2011) |
| 07/13/2011 | 3 | NOTICE of Notice of filing of notice of removal re: 1 Notice of Removal,. Document filed by Dreyfus Stock Index Funds, Inc.. (Mordkoff, David) (Entered: 07/13/2011) |
| 07/13/2011 | 4 | AFFIDAVIT OF SERVICE of Notice of Filing of Notice of Removal and Judge Buchwald's Rules along with the ECF Rules served on Akin,Gump,Strauss,Hauer & Feld LLP on July 12 2011. Service was accepted by Kelly A. Owen-Diaz. Document filed by Dreyfus Stock Index Funds, Inc.. (Mordkoff, David) (Entered: 07/13/2011) |
| 07/14/2011 | 5 | AFFIDAVIT OF SERVICE of Notice of Filing Notice of Removal served on Clerk of the Court-New York Supreme Court and Akin Gump Strauss Hauer & Feld LLP-Attorneys for Plaintiff on 7/12/11. Service was made by Electronic Filing. Document filed by Dreyfus Stock Index Funds, Inc.. (Mordkoff, David) (Entered: 07/14/2011) |
| 07/18/2011 | 6 | NOTICE OF APPEARANCE by Robert Allen Meister on behalf of Ruth |

| | | |
|---|---|---|
| | | Gruenthal (Meister, Robert) (Entered: 07/18/2011) |
| 07/18/2011 | 7 | NOTICE OF APPEARANCE by Stuart A. Mack on behalf of Blackport Capital Fund, Ltd. (Mack, Stuart) (Entered: 07/18/2011) |
| 07/21/2011 | 8 | STIPULATION: Plaintiffs have agreed to extend the date on or before the Named First Investors Defendants are to answer, move, or otherwise respond tot he Complaint to 9/20/2011. This stipulation is filed without prejudice to Plaintiffs' right to seek remand of this action to the Supreme Court of the State of New York, New York County; object to the asserted jurisdictional grounds for removal; or otherwise challenge, dispute or disagree with the removal of this action to this Court. First Investors Life Series Fund Blue Chip Series answer due 9/20/2011; First Investors Life Series Fund Utilities Series answer due 9/20/2011. (Signed by Judge Paul A. Crotty (PART I) on 7/21/2011) (tro) (Entered: 07/21/2011) |
| 07/22/2011 | 9 | STIPULATION: Defendent DEPFA Bank PLC shall have up to and including September 20, 2011, to answer, move to dismiss or otherwise respond to the complaint. DEPFA Bank PLC (HYPO Real Estate Bank INT'L) answer due 9/20/2011. (Signed by Part I Judge Paul A. Crotty on 7/22/2011) (mbe) (Entered: 07/22/2011) |
| 07/22/2011 | 10 | STIPULATION: Defendant GDK Inc. shall have up to and including September 20, 2011, to answer, move to dismiss or otherwise respond to the complaint. GDK INC C/O Caxton Associates LP answer due 9/20/2011. (Signed by Part I Judge Paul A. Crotty on 7/22/2011) (mbe) (Entered: 07/22/2011) |
| 07/22/2011 | 11 | STIPULATION: Defendant Government of Singapore Investment Corporation PTE, Ltd. shall have up to and including September 20, 2011, to respond to the complaint. Government Of Singapore Investment Corp PTE LTD answer due 9/20/2011. (Signed by Part I Judge Paul A. Crotty on 7/22/2011) (mbe) . (Entered: 07/22/2011) |
| 07/22/2011 | 12 | STIPULATION: Defendants Goldtree Master Fund II Ltd, Goldtree Master Fund Ltd. C/O Golden Tree Asset Management LP, and Goldentree Multistrategy Offshore Fund C/O Golden Tree Asset Management LP shall have up to and including September 20, 2011 to respond to the complaint. Goldentree Master Fund II, Ltd answer due 9/20/2011; Goldentree Master Fund Ltd. C/O Golden Tree Asset Management LP answer due 9/20/2011; Goldentree Multistrategy Offshore Fund C/O Golden Tree Asset Management LP answer due 9/20/2011. (Signed by Judge Part I Paul A. Crotty on 7/22/2011) (mbe) (Entered: 07/22/2011) |
| 07/22/2011 | 13 | STIPULATION: It is hereby stipulated and agreed by and among the undersigned that defendant Emanuel Gruss shall have up to and including 9/20/2011 to answer, move to dismiss or otherwise respond to the complaint. Emanuel Gruss answer due 9/20/2011. (Signed by Part I Judge Paul A. Crotty on 7/22/2011) (mbe) (Entered: 07/22/2011) |
| 07/22/2011 | 14 | STIPULATION: It is hereby stipulated and agreed by and among the undersigned that: Defendants LaBranche & Co. LLC and LaBranche Structured Products LLC shall have up to and including September 20, 2011, |

| | | |
|---|---|---|
| | | to respond to the complaint. LaBranche & Co. LLC answer due 9/20/2011; Labranche Structured Products LLC answer due 9/20/2011. (Signed by Part I Judge Paul A. Crotty on 7/22/2011) (mbe) (Entered: 07/22/2011) |
| 07/22/2011 | 15 | STIPULATION: It is hereby stipulated and agreed by and among the undersigned that: Defendant Rabo Capital Service Inc. shall have up to and including September 20, 2011, to respond to the complaint. Rabo Capital Services, Inc. answer due 9/20/2011. (Signed by Judge Part I Paul A. Crotty on 7/22/2011) (mbe) (Entered: 07/22/2011) |
| 07/25/2011 | 16 | NOTICE OF APPEARANCE by Joshua Allen Zielinski on behalf of Delaware Charter G & T TTEE (Zielinski, Joshua) (Entered: 07/25/2011) |
| 07/25/2011 | 17 | STIPULATION: It is hereby stipulated and agreed by and among the undersigned that Defendant Homeland Insurance Company of New York c/o One Beacon Insurance Co. shall have up to and including 9/20/2011, to answer or move with respect to the complaint. Homeland and Insurance Company Of New York C/O One Beacon Insurance Co. answer due 9/20/2011. (Signed by Part I Judge Paul A. Crotty on 7/25/2011) (mbe) (Entered: 07/25/2011) |
| 07/25/2011 | 18 | STIPULATION: It is hereby stipulated and agreed by and among the undersigned that including 9/20/2011, to respond to the complaint. New York City Deferred Compensation Plan answer due 9/20/2011. (Signed by Part I Judge Paul A. Crotty on 7/25/2011) (mbe) (Entered: 07/25/2011) |
| 07/25/2011 | 19 | STIPULATION: It is hereby stipulated and agreed by and among the undersigned that Defendant Citi GoldenTree Ltd. shall have up to and including 9/20/2011, to respond to the complaint. Citi Golden Tree Ltd. C/O Golden Tree Asset Management LP answer due 9/20/2011. (Signed by Part I Judge Paul A. Crotty on 7/25/2011) (mbe) (Entered: 07/25/2011) |
| 07/25/2011 | 20 | STIPULATION: It is hereby stipulated and agreed by and among the undersigned that Defendants Folksamerica Reinsurance Company, White Mountains RE Bermuda Ltd C/O White Mountains Reinsurance Company of America and White Mountains Reinsurance Company Of America shall have up to and including 9/20/2011, to answer or move with respect to the complaint. Folksamerica Reinsurance Company answer due 9/20/2011; White Mountains RE Bermuda Ltd C/O White Mountains Reinsurance Company of America answer due 9/20/2011; White Mountains Reinsurance Company Of America answer due 9/20/2011. (Signed by Part I Judge Paul A. Crotty on 7/25/2011) (mbe) (Entered: 07/25/2011) |
| 07/25/2011 | 21 | STIPULATION AND ORDER: It is hereby stipulated and agreed by and between counsel for plaintiffs that defendants time to answer, move or otherwise respond to the complaint is extended to 9/20/2011. Depository Trust & Clearing Corporation answer due 9/20/2011; Depository Trust Company answer due 9/20/2011; Dreyfus Index Funds, Inc. answer due 9/20/2011; Dreyfus Stock Index Funds, Inc. answer due 9/20/2011; Dreyfus/Laurel Funds Inc answer due 9/20/2011; Equity League Pension Trust Fund answer due 9/20/2011; Evergreen Asset Management C/O Prentice-Hall Corporation System, Inc. answer due 9/20/2011; Strategic Funds, Inc. answer due 9/20/2011. (Signed by Part I Judge Paul A. Crotty on 7/25/2011) (mbe) |

| | | |
|---|---|---|
| | | (Entered: 07/25/2011) |
| 07/25/2011 | 22 | STIPULATION: It is hereby stipulated and agreed by and among the undersigned that defendant Delaware Charter G&T TTEE shall have up to and including 9/20/2011 to answer, move to dismiss or otherwise respond to the complaint. Delaware Charter G & T TTEE answer due 9/20/2011. (Signed by Part I Judge Paul A. Crotty on 7/25/2011) (mbe) (Entered: 07/25/2011) |
| 07/25/2011 | 23 | NOTICE OF APPEARANCE by Celia Goldwag Barenholtz on behalf of DEPFA Bank PLC (HYPO Real Estate Bank INT'L) (Barenholtz, Celia) (Entered: 07/25/2011) |
| 07/25/2011 | 24 | NOTICE OF APPEARANCE by Celia Goldwag Barenholtz on behalf of GDK INC C/O Caxton Associates LP (Barenholtz, Celia) (Entered: 07/25/2011) |
| 07/25/2011 | 25 | NOTICE OF APPEARANCE by Celia Goldwag Barenholtz on behalf of Emanuel Gruss (Barenholtz, Celia) (Entered: 07/25/2011) |
| 07/25/2011 | 26 | NOTICE OF APPEARANCE by Rachel Brothman Kane on behalf of DEPFA Bank PLC (HYPO Real Estate Bank INT'L) (Kane, Rachel) (Entered: 07/25/2011) |
| 07/25/2011 | 27 | NOTICE OF APPEARANCE by Rachel Brothman Kane on behalf of GDK INC C/O Caxton Associates LP (Kane, Rachel) (Entered: 07/25/2011) |
| 07/25/2011 | 28 | NOTICE OF APPEARANCE by Rachel Brothman Kane on behalf of Emanuel Gruss (Kane, Rachel) (Entered: 07/25/2011) |
| 07/25/2011 | 29 | NOTICE OF APPEARANCE by Scott Cameron Kessenick on behalf of Pacific Select (Kessenick, Scott) (Entered: 07/25/2011) |
| 07/25/2011 | 30 | NOTICE OF APPEARANCE by Scott Cameron Kessenick on behalf of Pacific Select (Kessenick, Scott) (Entered: 07/25/2011) |
| 07/25/2011 | 31 | JOINDER to join re: 1 Notice of Removal,. Document filed by Pacific Select. (Attachments: # 1 Affidavit of Service)(Kessenick, Scott) (Entered: 07/25/2011) |
| 07/25/2011 | 32 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Pacific Life Insurance Company and Pacific Life and Annuity Company as Corporate Parent. Document filed by Pacific Select.(Kessenick, Scott) (Entered: 07/25/2011) |
| 07/25/2011 | 33 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Deutsche Bank Trust Corporation as Corporate Parent. Document filed by Deutsche Bank Trust Company, Americas.(Nock, Louis) (Entered: 07/25/2011) |
| 07/25/2011 | 34 | SECOND RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying The Law Debenture Corporation plc as Corporate Parent. Document filed by Law Debenture Trust Company of New York.(Nock, Louis) (Entered: 07/25/2011) |
| 07/25/2011 | 35 | THIRD RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Wilmington Trust Corporation as Corporate Parent. Document filed by |

| | | |
|---|---|---|
| | | Wilmington Trust Company.(Nock, Louis) (Entered: 07/25/2011) |
| 07/25/2011 | 36 | FIRST RESPONSE re: 1 Notice of Removal, *Plaintiffs' Statement Pursuant to Bankr. R. 9027 (e) (3)*. Document filed by Deutsche Bank Trust Company, Americas. (Nock, Louis) (Entered: 07/25/2011) |
| 07/25/2011 | 37 | SECOND RESPONSE re: 1 Notice of Removal, *Plaintiffs' Statement Pursuant to Bankr. R. 9027 (e) (3)*. Document filed by Law Debenture Trust Company of New York. (Nock, Louis) (Entered: 07/25/2011) |
| 07/25/2011 | 38 | THIRD RESPONSE re: 1 Notice of Removal, *Plaintiffs' Statement Pursuant to Bankr. R. 9027 (e) (3)*. Document filed by Wilmington Trust Company. (Nock, Louis) (Entered: 07/25/2011) |
| 07/25/2011 | 39 | CERTIFICATE of Counsel by Louis Levi Nock on behalf of All Plaintiffs. Re: 35 Rule 7.1 Corporate Disclosure Statement, 38 Response, 34 Rule 7.1 Corporate Disclosure Statement, 37 Response, 33 Rule 7.1 Corporate Disclosure Statement, 36 Response. *Certificate of Service* (Nock, Louis) (Entered: 07/25/2011) |
| 07/26/2011 | 40 | AFFIDAVIT OF SERVICE of Notice of Filing of Defendant Pacific Select Funds Consent to and Joinder in Notice of Removal. Document filed by Pacific Select. (Kessenick, Scott) (Entered: 07/26/2011) |
| 07/27/2011 | 41 | NOTICE OF APPEARANCE by Michael Paul Richman on behalf of Schultze Asset Management, LLC (Richman, Michael) (Entered: 07/27/2011) |
| 07/27/2011 | 42 | JOINDER to join re: 1 Notice of Removal,. Document filed by Schultze Asset Management, LLC. (Attachments: # 1 Certificate of Service)(Richman, Michael) (Entered: 07/27/2011) |
| 07/27/2011 | 43 | CONSENT JOINDER to join re: 1 Notice of Removal, *& Certificate Of Service*. Document filed by Blackport Capital Fund, Ltd.. (Attachments: # 1 Affidavit Cerrificate Of Service)(Mack, Stuart) (Entered: 07/27/2011) |
| 07/28/2011 | 44 | STIPULATION: Defendant Ruth Gruenthal shall have up to and including 9/20/2011, to respond to the complaint, subject to any stay of proceedings which may then be in effect. Ruth Gruenthal answer due 9/20/2011. (Signed by Judge Paul A. Crotty (PART I) on 7/28/2011) (tro) Modified on 7/28/2011 (tro). (Entered: 07/28/2011) |
| 07/28/2011 | 45 | STIPULATION: Defendant Millenco LLC shall have up to and including 9/20/2011, to respond to the complaint, subject to any stay of proceedings which may then be in effect. Millenco LLC answer due 9/20/2011. (Signed by Judge Paul A. Crotty (PART I) on 7/28/2011) (tro) Modified on 7/28/2011 (tro). (Entered: 07/28/2011) |
| 07/28/2011 | 46 | NOTICE OF APPEARANCE by Joel M. Miller on behalf of Rabo Capital Services, Inc. (Miller, Joel) (Entered: 07/28/2011) |
| 07/28/2011 | 47 | NOTICE OF APPEARANCE by Claire L. Huene on behalf of Rabo Capital Services, Inc. (Huene, Claire) (Entered: 07/28/2011) |
| 07/28/2011 | 48 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying |

| | | |
|---|---|---|
| | | Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A. as Corporate Parent. Document filed by Rabo Capital Services, Inc..(Parsels, Amanda) (Entered: 07/28/2011) |
| 07/29/2011 | 49 | STIPULATION: It is hereby Stipulated and agreed Defendant BLACKPORT CAPITAL FUND LTD. shall have up to and including September 20, 2011, to appear, answer, move or otherwise respond to the Complaint, subject to any stay of proceedings which may then be in effect. (Signed by Judge Paul A. Crotty, Part I on 7/29/2011) (jfe) Modified on 7/29/2011 (jfe). (Entered: 07/29/2011) |
| 07/29/2011 | | Set/Reset Deadlines: Blackport Capital Fund, Ltd. answer due 9/20/2011. (jfe) (Entered: 07/29/2011) |
| 07/29/2011 | 50 | STIPULATION: It is hereby Stipulated and agreed that Defendant New York Estate Teacher's Retirement System shall have up to and including 9/20/11, to respond to the complaint. (Signed by Judge Paul A. Crotty, Part I on 7/29/2011) (jfe) (Entered: 07/29/2011) |
| 07/29/2011 | 51 | NOTICE OF APPEARANCE by Mark Michael Elliott on behalf of T Rowe Price Balanced Fund, Inc., T. Rowe Price Associates, Inc., T. Rowe Price Trust Company, T.Rowe Price Equity Income Trust C/O T. Rowe Price Associates, Inc. (Elliott, Mark) (Entered: 07/29/2011) |
| 07/29/2011 | 52 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Document filed by T Rowe Price Balanced Fund, Inc., T. Rowe Price Associates, Inc., T. Rowe Price Trust Company, T.Rowe Price Equity Income Trust C/O T. Rowe Price Associates, Inc..(Elliott, Mark) (Entered: 07/29/2011) |
| 07/29/2011 | 53 | JOINDER to join re: 1 Notice of Removal, *Consent to Removal of Action*. Document filed by T Rowe Price Balanced Fund, Inc., T. Rowe Price Trust Company, T.Rowe Price Associates, T.Rowe Price Equity Income Trust C/O T. Rowe Price Associates, Inc..(Elliott, Mark) (Entered: 07/29/2011) |
| 07/29/2011 | 54 | STIPULATION AND ORDER: Defendants Dreyfus S&P 500 ST INDX FD and Pension Trust Fund Local Union#27 time to answer, move or otherwise respond to the Complaint is extended to 9/20/2011, subject to the stay of proceedings which may then be in effect. Service of the summons and Complaint in the above- captioned action is accepted on behalf of Defendants as of the date of this stipulation. (Signed by Judge Paul A. Crotty on 7/29/2011 Part I) (ab) Modified on 8/4/2011 (ab). (Entered: 07/29/2011) |
| 07/29/2011 | 55 | STIPULATION TO EXTEND TIME FOR T. ROWE PRICE DEFENDANTS TO RESPOND TO THE COMPLAINT: Defendants T. Rowe Price Trust Company, T. Rowe Price Associates, Inc., T. Rowe Price Balanced Fund, Inc. and T. Rowe Price Equity Income Trust's time to respond to the complaint, is extended to 9/20/2011. (Signed by Judge Paul A. Crotty on 7/29/2011 Part I) (ab) Modified on 8/4/2011 (ab). (Entered: 07/29/2011) |
| 08/03/2011 | 56 | NOTICE OF APPEARANCE by Michael B. Roth on behalf of Nomura Securities International Inc.-Stock Lending, Nomura Securities International, Inc. (Roth, Michael) (Entered: 08/03/2011) |
| | | |

| | | |
|---|---|---|
| 08/04/2011 | 57 | NOTICE OF APPEARANCE by Jeff Joseph Friedman on behalf of RIEF RMP LLC C/O Renaissance Technologies LLC, RIEF Trading LLC C/O Renaissance Technologies LLC (Friedman, Jeff) (Entered: 08/04/2011) |
| 08/04/2011 | 58 | JOINDER to join re: 1 Notice of Removal, *Consent of Defendants RIEF RMP LLC and RIEF Trading LLC and Joinder in Notice of Removal*. Document filed by RIEF RMP LLC C/O Renaissance Technologies LLC, RIEF Trading LLC C/O Renaissance Technologies LLC. (Attachments: # 1 Certificate of Service)(Friedman, Jeff) (Entered: 08/04/2011) |
| 08/08/2011 | 59 | CERTIFICATE OF SERVICE of Notice of Removal and Exhibits served on See attached list on 8/5/11. Service was made by Mail. Document filed by Dreyfus Stock Index Funds, Inc.. (Mordkoff, David) (Entered: 08/08/2011) |
| 08/08/2011 | 60 | STIPULATION. Defendants Hudson Bay Fund LP and Hudson Bay Master Fund Ltd. shall have up to and including September 20, 2011, to respond to the complaint, subject to any stay of proceedings which may then be in effect and as further set forth. Hudson Bay Fund LP answer due 9/20/2011; Hudson Bay Master Fund Ltd. answer due 9/20/2011. (Signed by Judge Laura Taylor Swain Part I on 8/8/11) (rjm) Modified on 8/8/2011 (rjm). (Entered: 08/08/2011) |
| 08/08/2011 | 61 | STIPULATION. Defendant Lighthouse Partners LLC shall have up to and including September 20, 2011, to answer, move to dismiss or otherwise respond to the complaint, subject to any stay of proceedings which may then be in effect, and as further set forth. Lighthouse Partners LLC/ LMA SPC OBO MAP I Segrgtn Prtf C/O Lighthouse Partners LLC answer due 9/20/2011. (Signed by Judge Laura Taylor Swain Part I on 8/8/11) (rjm) (Entered: 08/08/2011) |
| 08/10/2011 | 62 | NOTICE OF APPEARANCE by Alan Joseph Stone on behalf of Amalgamated Bank, BMO Nesbit Burns Trading Corp. SA, Bessemer Trust Company, Brown Brothers Harriman & Co., SG Americas Securities, LLC, Swiss American Securities Inc. (Stone, Alan) (Entered: 08/10/2011) |
| 08/10/2011 | 63 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - NOTICE of Consent to Removal. Document filed by Amalgamated Bank, BMO Nesbit Burns Trading Corp. SA, Bessemer Trust Company, Brown Brothers Harriman & Co., SG Americas Securities, LLC, Swiss American Securities Inc.. (Stone, Alan) Modified on 8/11/2011 (ka). (Entered: 08/10/2011) |
| 08/11/2011 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Note to Attorney Alan Joseph Stone to RE-FILE Document 63 Notice (Other), Notice (Other). Use the event type Consent found under the event list Other Documents. (ka) (Entered: 08/11/2011) |
| 08/11/2011 | 64 | STIPULATION: Defendants Nomura Securities International, Inc. and Nomura. Securities International, Inc.- Stock Lending shall have up to and including September 20, 2011, to respond to the complaint, subject to any stay of proceedings which may then be in effect. (Signed by Judge Laura Taylor Swain on 8/11/11) (js) (Entered: 08/11/2011) |
| 08/11/2011 | 65 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Bank of |

| | | |
|---|---|---|
| | | Montreal; SG Americas Securities Holdings, LLC; Societe Generale as Corporate Parent. Document filed by Amalgamated Bank, BMO Nesbit Burns Trading Corp. SA, Bessemer Trust Company, Brown Brothers Harriman & Co., SG Americas Securities, LLC, Swiss American Securities Inc..(Stone, Alan) (Entered: 08/11/2011) |
| 08/12/2011 | 66 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED by and among the undersigned that: Defendant Swiss Re Financial Products Corp. shall have up to and including September 20, 2011, to answer or move with respect to the complaint, subject to any stay of the proceedings which may then be in effect. Said defendant waives any defense relating to service of process. This stipulation is filed without prejudice to Plaintiffs' right to seek remand of this action to the Supreme Court of the State of New York, New York County; object to the asserted jurisdictional grounds for removal; or otherwise challenge, dispute or disagree with the removal of this action to this Court. Swiss Re Financial Products Corp. answer due 9/20/2011. (Signed by Judge Laura Taylor Swain, Part I on 8/12/2011) (mro) (Entered: 08/12/2011) |
| 08/12/2011 | 67 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED by and among the undersigned that: Defendant NYC District Council Carpenters Pension and NYC District Council Carpenters Welfare shall have up to and including September 20, 2011, to answer or move with respect to the complaint, subject to any stay of the proceedings which may then be in effect. Said defendant waives any defense relating to service of process. This stipulation is filed without prejudice to Plaintiffs' right to seek remand of this action to the Supreme Court of the State of New York, New York County; object to the asserted jurisdictional grounds for removal; or otherwise challenge, dispute or disagree with the removal of this action to this Court. NYC District Council Carpenters Pension answer due 9/20/2011; NYC District Council Carpenters Welfare answer due 9/20/2011. (Signed by Judge Laura Taylor Swain on 8/12/2011) (mro) (Entered: 08/12/2011) |
| 08/12/2011 | 68 | CONSENT TO REMOVAL: Defendants Amalgamated Bank; Bessemer Trust Company, N.A.; BMO Nesbitt Bums Trading Corp. SA; Brown Brothers Harriman & Co.; SG Americas Securities, LLC; and Swiss American Securities, Inc. (the "Consenting Defendants"), by and through undersigned counsel, hereby consent to the removal of the above-captioned civil action from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York. By filing this consent, the Consenting Defendants do not waive and expressly reserve all defenses, including but not limited to any defense of improper or ineffective process or service of process, or lack of jurisdiction. (Signed by Judge Laura Taylor Swain, Part I on 8/12/2011) (laq) (Entered: 08/15/2011) |
| 08/15/2011 | 69 | JOINDER to join re: 1 Notice of Removal, *Consent and Joinder in Notice of Removal*. Document filed by Nomura Securities International Inc.-Stock Lending, Nomura Securities International, Inc..(Roth, Michael) (Entered: 08/15/2011) |
| 08/15/2011 | 70 | STIPULATION defendant U.S. Trust Co. N.A. shall have up to and including 9/20/11, to respond to the complaint, subject to any stay of proceedings which may then be in effect. (Signed by Judge George B. Daniels on 8/15/11) (cd) |

| | (Entered: 08/16/2011) |
|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/16/2011 13:21:08 | | | |
| **PACER Login:** | ag0381 | **Client Code:** | 688922.0002 |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-04784-UA |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |