MAHONEY & SOLL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
150 WEST FIRST STREET, SUITE 280
P. O. BOX 940
CLAREMONT, CALIFORNIA 91711
(909) 399-9987

PAUL M. MAHONEY*
RICHARD A. SOLL
RYAN P. MAHONEY

*A PROFESSIONAL CORPORATION

FAX (909) 399-0130

September 16, 2011

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002-8041

      Re:    MDL No. 2296

Dear Clerk:

Pursuant to the direction of the Clerk of the Panel, Defendants Paul M. Mahoney, individually, Paul M. Mahoney, as Trustee of the Iris B. Mahoney REV TR U/A/D 04/10/98 and Paul M. Mahoney, as Trustee of the U/W/O Paul P. Mahoney DTD 12/28/1978 withdraw their Joinder in Defendants' Opposition to Plaintiffs' Motion for Transfer for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. Section 1407 (Docket No. 573) due to an error in ECF filing, and will file a corrected Joinder with the Court.

Very truly yours,

Paul M. Mahoney
of MAHONEY & SOLL LLP

PMM:vv