# Akin Gump
STRAUSS HAUER & FELD LLP

**MEMO ENDORSED**

DAVID M. ZENSKY
+1 212.872.1075/fax: +1 212.872.1002
dzensky@akingump.com

October 25, 2019

VIA ELECTRONIC COURT FILING



The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re: *In re: Tribune Co. Fraudulent Conveyance Litigation*, No. 11-MD-2296 (DLC)

Dear Judge Cote:

We represent Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust. We write in response to the Court's October 9, 2019 Order requesting a status letter informing the Court what, if any, action remains to be taken in the multi-district litigation before this Court [ECF No. 8188].

All claims at issue in the multi-district litigation have been settled by the parties or are currently before the United States Court of Appeals for the Second Circuit. Accordingly, unless and until any of the cases are returned to this Court following an appellate holding in favor of the Litigation Trustee, the Note Holders, and/or the Retirees,[1] the Litigation Trustee respectfully submits that there is no reason to keep these cases open in this Court pending further developments before the appellate courts.

Respectfully submitted,

David M. Zensky
Co-counsel to the Litigation Trustee

The Clerk of Court shall close these cases.

Denise Cote
10/25/19

CC: All counsel of record (via ECF)

---

[1] The Note Holders and the Retirees are plaintiffs in the Individual Creditor Actions dismissed in Judge Sullivan's September 23, 2013 Memorandum and Order [ECF No. 2710]. The Individual Creditor Actions are currently before the United States Court of Appeals for the Second Circuit.